IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

J'HAUN HOLT, individually and
on behalf of others similarly situated                          PLAINTIFF

V.                              4:22CV001217 JM

MURRY'S DINNER PLAYHOUSE, INC.                                  DEFENDANT

## ORDER

Pending is the Joint Motion for Approval of Settlement and Partial Dismissal. (Docket #7). For good cause shown, the motion is GRANTED. The proposed settlement between the parties represents a fair and equitable compromise of a bona fide wage and hour dispute. The parties are negotiating reasonable attorney's fees and costs separate from the underlying agreement. If the parties are unable to reach an agreement as to attorney's fees and costs, the Plaintiff may submit a petition for fees and costs to the Court. If the parties are able to reach an agreement as to reasonable attorney's fees and costs, the parties are directed to submit the agreement to the Court for approval.

Accordingly, the Plaintiff's claims for back wages and all other relief, except for reasonable attorney fees and costs, are hereby dismissed with prejudice. The Court retains jurisdiction to approve or determine reasonable attorney fees and costs.

IT IS SO ORDERED this 12th day of January, 2024.

James M. Moody Jr.
United States District Judge