IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**J'HAUN HOLT**                                                                                                **PLAINTIFF**

v.                              Case No. 4:22-cv-1217

**MURRY'S DINNER PLAYHOUSE INC.**                                                  **DEFENDANT**

### JOINT MOTION FOR APPROVAL OF SETTLEMENT OF ATTORNEY'S FEES AND COSTS AND DISMISSAL

COMES NOW Plaintiff J'haun Holt, by and through her attorney Chris Burks of WH Law, and Defendant Murry's Dinner Playhouse Inc., by and through its attorney, Brett Taylor of Rose Law Firm, hereby submit the following for their Joint Motion for Settlement of Attorney's Fees and Costs and Dismissal.

1. After previously separately resolving the FLSA and AMWA claims of Plaintiff, Plaintiff and Defendant, through their counsel, engaged in negotiations regarding a settlement for attorney's fees and costs.

2. Parties were able to reach an agreement as to attorney's fees and costs owed to Plaintiff's counsel. Copies of the emails settling this matter are attached hereto as Exhibit A.

3. Accordingly, Plaintiff and Defendant jointly seek dismissal, with prejudice, of Plaintiff's claims for reasonable attorney's fees and costs in this action. The parties request that following the Court's approval of the settlement of attorney's fees and costs, that the Court dismiss the above-styled action with prejudice.

WHEREFORE, the parties respectfully request that the Court enter an order dismissing Plaintiff's claim for a reasonable attorney's fee and costs, and dismissing the matter with prejudice.

Respectfully submitted,

**J'haun Holt, PLAINTIFF**

wh Law
North Little Rock Office
501.888.4357

By:   Chris Burks (ABN: 2010207)
chris@wh.law

Mailing Address:
1 Riverfront Place, Suite 745
North Little Rock, AR 72114

AND

**Murry's Dinner Playhouse, DEFENDANT**

By:   Brett Taylor (ABN: 2014175)
Rose Law Firm, A Professional Association
120 East Fourth Street
Little Rock, Arkansas 72201-2893
btaylor@roselawfirm.com