**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION**

**J'HAUN HOLT, individually and
on behalf of others similarly situated**                                                      **PLAINTIFF**

**V.**                                                      **4:22CV001217 JM**

**MURRY'S DINNER PLAYHOUSE, INC.**                                                      **DEFENDANT**

## ORDER

The order entered January 12, 2024 approving the underlying settlement in this case is

vacated. (Docket # 8).  The parties have entered an amended settlement agreement and release of

claims which is approved.  The Court finds that the amended settlement agreement represents a

fair and equitable compromise of a bona fide wage and hour dispute.

The Court has considered the parties joint motion for approval of settlement of attorney's

fees and costs.  (Docket # 9).  For good cause shown, the motion for approval of attorney's fees

in the amount of $1500.00 is GRANTED.  This case is hereby dismissed with prejudice.  The

Clerk is directed to close the case.

IT IS SO ORDERED this 23rd day of April, 2024.

 

_____
James M. Moody Jr.
United States District Judge